UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
YINGCAI HONG,
*on his own behalf and on behalf of others similarly situated*

         Plaintiff,

   -against-

LIN'S GARDEN RESTAURANT, INC. et al.,

         Defendants.
-----------------------------------------------------------X

20-cv-2633 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of Plaintiff's motion for conditional collective certification and other forms of relief. (Docs. 26–28.) Defendants are directed to file a response by June 1, 2021. Plaintiff's reply, if any, shall be due by June 8, 2021. Accordingly, it is hereby:

  ORDERED that Defendants' response be filed by June 1, 2021.

  IT IS FURTHER ORDERED that Plaintiff's reply, if any, shall be due by June 8, 2021.

  SO ORDERED.

Dated: May 19, 2021
    New York, New York

                   _____
                   Vernon S. Broderick
                   United States District Judge