```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YINGCAI HONG,                                               :
on his own behalf and on behalf of others                   :
similarly situated                                          :
                                                            :
                                              Plaintiff,    :    20-cv-2633 (VSB)
                                                            :
                    -against-                               :         **ORDER**
                                                            :
                                                            :
LIN'S GARDEN RESTAURANT, INC. et al.,                       :
                                                            :
                                              Defendants.   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

Today, I held a conference in this case. In accordance with my comments made during the conference, the parties are directed meet and confer and to file a joint letter by July 16, 2021, indicating whether the parties have been able to resolve the conditional certification issue by a joint stipulation. Accordingly, it is hereby:

ORDERED that by on or before July 16, 2021, the parties file a joint letter indicating whether the parties have been able to resolve the conditional certification issue by a joint stipulation.

SO ORDERED.

Dated: July 8, 2021
      New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge