```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
YINGCAI HONG,                                          :
:
                 Plaintiff,       :
:    20-cv-2633 (VSB)
    -against-                                       :
:    **ORDER**
LIN'S GARDEN RESTAURANT, INC., et   :
al.,                                                   :
:
                Defendants.  :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On July 16, 2021, I approved the parties' stipulation regarding conditional collective certification. (Doc. 35.) On July 23, 2021, I approved the parties' joint proposed notice of pendency and consent to sue form. (Doc. 37.) Because Plaintiff has not informed me of any reason why Plaintiff's motion for conditional collective certification, (Doc. 26–28), is not moot, the Clerk of Court is respectfully directed to terminate Docket Entry 26.

SO ORDERED.

Dated: July 26, 2021
       New York, New York

                                                                    Vernon S. Broderick
                                                                    United States District Judge