UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YINGCAI HONG,                                              :

                                                        :        ORDER
                       Plaintiff,                                     20 Civ. 2633 (VSB) (GWG)
                                                        :

   -v.-

                                                         :
LIN'S GARDEN RESTAURANT, INC. et al.,
                                                         :

                     Defendants.       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN**, **United States Magistrate Judge**

      The request to amend the complaint as stated in Docket # 45 is granted. The parties are directed to file a letter on or before November 30, 2021, indicating whether any individuals have joined this lawsuit pursuant to 29 U.S.C. § 216(b). The letter shall also indicate whether any party intends to move for summary judgment before Judge Broderick. The Court will thereafter set a deadline for the filing of any such motion. If no summary judgment motion is contemplated, the Court will set a deadline for the filing of the pretrial order and other trial submissions required by Judge Broderick's Individual Practices.

      SO ORDERED.

Dated: October 5, 2021
New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge