UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
YINGCAI HONG, :
:
Plaintiff, :
: 20-cv-2633 (VSB)
-against- :
: **ORDER**
:
LIN'S GARDEN RESTAURANT, INC. :
d/b/a LIN'S ASIAN CUISINE, et al., :
:
Defendants. :
X
------------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' joint preliminary trial report, (Doc. 55), proposed voir dire questions, (Doc. 56), and proposed jury instructions, (Doc. 57). The joint pretrial report indicates that the parties have not consented to trial of this matter by a magistrate judge. Accordingly, it is hereby:

ORDERED that the parties are directed to submit a filing on or before May 11, 2022 with proposed dates for a trial before me. The earliest possible trial date would be sometime in the third quarter of 2022.

SO ORDERED.

Dated: May 9, 2022
New York, New York

Vernon S. Broderick
United States District Judge