UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                          :

YINGCAI HONG,                               :

                                 Plaintiff,    :
                                                    :          20-CV-2633 (VSB)
            - against -                         :
                                                    :               **ORDER**
                                                    :

LIN'S GARDEN RESTAURANT, INC., et al.,:
                                                    :
                                  Defendants.  :
                                                    :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Per counsels' request on May 20, 2022, I directed the jury department to set a trial date in this case for the third quarter of 2022. (Doc. 64.) It is hereby ORDERED that a jury trial in this matter is scheduled to begin on September 13, 2022 at 10:00 a.m.

       IT IS FURTHER ORDERED that a status conference in this matter will be held on June 24, 2022 at 3:00 p.m. regarding the parties' positions for trial. I will hold the status conference via telephone, using the dial-in 888-363-4749 and the access code 2682448.

       IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on August 16, 2022 at 3:00 p.m.

SO ORDERED.

Dated:      June 10, 2022
              New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge