UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                           :
YINGCAI HONG,                               :

                        Plaintiff,     :
                                         :           20-CV-2633 (VSB)
            - against -                :
                                         :                 **<u>ORDER</u>**
                                         :
LIN'S GARDEN RESTAURANT, INC., et al.,:
                                         :
                      Defendants.  :
                                         :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Today, I held a status conference in this case.  In accordance with my comments at the conference, it is hereby

       ORDERED that the parties meet and confer, and on or before August 24, 2022, the parties shall file a status update regarding whether they have reached agreement on the Mandarin-to-English interpreter who will translate testimony at trial.

SO ORDERED.

Dated:     August 8, 2022
             New York, New York

                                               Vernon S. Broderick
                                               United States District Judge