# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

August 24, 2022

**Via ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**   **Letter Regarding Interpreter at Trial**
> *Hong v. Lin's Garden Restaurant, Inc.*, No. 20-cv-02633 (VSB) (GWG),
> (S.D.N.Y.)

Your Honor,

We represent the Plaintiffs in the above-referenced matter. We write respectfully and Jointly with Defendants in regards to Your Honors order dated August 8, 2022 that the parties are to report to the court by August 24, 2022 on who will be translating the trial testimony at the trial.

The parties have conferred and agreed on Author Kwok to do the translating at the trial for both parties.

We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,
TROY LAW, PLLC

 */s/ John Troy*
John Troy
*Attorney for Plaintiffs*

cc: via ECF
    all counsel of record
    /gd