UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :

YINGCAI HONG,                               :

                                               Plaintiff,     :
                                                               :                        20-cv-2633 (VSB)
                  -against-                       :
                                                                :                          **ORDER**

LIN'S GARDEN RESTAURANT, INC., et   :
al.,                                                                :
                                                                :
                                    Defendants.  :
                                                                :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On June 10, 2022, I ordered that a jury trial is set to begin in this matter on September 13, 2022 at 10:00 a.m.  (Doc. 65.)  If the parties intend to bring electronic devices to the Courtroom for use at trial, the parties are hereby:

      ORDERED, on or before September 9, 2022 at 12:00 p.m., to submit the *Form for Electronic Devices General Purpose* via email to my Chambers email address, brodericknysdchambers@nysd.uscourts.gov.  The form is available at: https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

SO ORDERED.

Dated: September 8, 2022
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge