# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

September 10, 2022

<u>*Via ECF*</u>
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Request to Adjourn Trial *Sine Die* in Light of Settlement in Principle**
      ***HONG et al. v LIN'S GARDEN RESTAURANT INC d/b/a***
      ***Lin's Asian Cuisine et al.*, 20-cv-02633**

Dear Judge Broderick:

  This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to request that the trial currently set on Tuesday, September 13, 2022 be adjourned *sine die* in light of the settlement in principle just reached.

  The parties thank the Court's kind consideration on this matter.

                Respectfully Submitted,

                **TROY LAW PLLC**
                *Attorneys for* Plaintiff
                <u>/s/ John Troy</u>
                John Troy, Esq.