# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

September 10, 2022

*Via ECF*
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   09/12/2022

Re:   **Request to Adjourn Trial *Sine Die* in Light of Settlement in Principle**
       *HONG et al. v LIN'S GARDEN RESTAURANT INC d/b/a*
       *Lin's Asian Cuisine et al., 20-cv-02633*

Dear Judge Broderick:

    This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to request that the trial currently set on Tuesday, September 13, 2022 be adjourned *sine die* in light of the settlement in principle just reached.

    The parties thank the Court's kind consideration on this matter.

Respectfully Submitted,

**TROY LAW PLLC**
*Attorneys for* Plaintiff
/s/ John Troy
John Troy, Esq.

1