TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YINGCAI HONG,
*on his own behalf and on behalf of others similarly situated*

        Plaintiff,
     v.

LIN'S GARDEN RESTAURANT INC
  d/b/a Lin's Asian Cuisine; and
NEW DYNASTY CHINESE RESTAURANT LLC
  d/b/a Dynasty;
HUAYONG LIN,
LIANRONG HUANG, and
XIANGHAI LIN
  a/k/a Xiang Hai Lin
  f/k/a Ru Hai Lin

        Defendants.
-------------------------------------------------------------X

Case No: 20-cv-02633

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

   PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff YINGCAI HONG, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated September 12, 2022 attached hereto as Exhibit A.

Dated: Flushing, New York
September 13, 2022

            TROY LAW, PLLC
            *Attorneys for the Plaintiff*

            _____
            Tiffany Troy

TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case No: 20-cv-02633

-------------------------------------------------------------

YINGCAI HONG,                                            **CERTIFICATE OF SERVICE**
*on his own behalf and on behalf of others similarly situated*

       Plaintiff,
       v.

LIN'S GARDEN RESTAURANT INC
 d/b/a Lin's Asian Cuisine; and
NEW DYNASTY CHINESE RESTAURANT LLC
 d/b/a Dynasty;
HUAYONG LIN,
LIANRONG HUANG, and
XIANGHAI LIN
 a/k/a Xiang Hai Lin
 f/k/a Ru Hai Lin

       Defendants
-------------------------------------------------------------x

  I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Dated: Flushing, New York
September 13, 2022

                TROY LAW, PLLC
                *Attorneys for the Plaintiff*

                Tiffany Troy