UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YINGCAI HONG,
*on his own behalf and on behalf of others similarly situated*

                                      Plaintiff,

                      v.

LIN'S GARDEN RESTAURANT INC
    d/b/a Lin's Asian Cuisine; and
NEW DYNASTY CHINESE RESTAURANT LLC
    d/b/a Dynasty;
HUAYONG LIN,
LIANRONG HUANG, and
XIANGHAI LIN
    a/k/a Xiang Hai Lin
    f/k/a Ru Hai Lin

                                    Defendants.
------------------------------------------------------------X

Case No: 20-cv-02633

**RULE 68 OFFER OF JUDGMENT TO PLAINTIFF**

       Pursuant to Fed. R. Civ. P. Rule 68, Defendants LIN'S GARDEN RESTAURANT INC d/b/a Lin's Asian Cuisine; and NEW DYNASTY CHINESE RESTAURANT LLC d/b/a Dynasty; HUAYONG LIN, LIANRONG HUANG, and XIANGHAI LIN a/k/a Xiang Hai Lin f/k/a Ru Hai Lin, hereby offer to allow entry of judgment in this action in favor of Plaintiff YINGCAI HONG the sum of **Ninety Thousand Dollars ($90,000.00)** including attorneys' fees, expenses, and costs to the date of this offer.

    This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff of the above caption may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants.

    Acceptance of this offer of judgment will act to release and forever discharge Defendants of the above caption and all of their related and/or affiliated companies, and their employees, agents, shareholders, attorneys, officers, directors, predecessors, successors, assigned subsidiaries, and fiduciaries, or any other person or company or entity, from any and all known or unknown actions, causes of action, claims or liabilities of any kind which have been or could have been asserted against them arising out of or related to those matters that are the subject of the above-referenced lawsuit, The Fair Labor Standards Act and the New York Labor Law.

Defendants shall make payments toward the Judgment Amount according to the following installment schedule:

**Installment 1.** Fifteen Thousand Dollars ($15,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before November 1, 2022, with memo noting "Lin's Garden Pay 1 of 26";

**Installment 2.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before December 1, 2022, with memo noting "Lin's Garden Pay 2 of 26";

**Installment 3.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before January 1, 2023, with memo noting "Lin's Garden Pay 3 of 26";

**Installment 4.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before February 1, 2023, with memo noting "Lin's Garden Pay 4 of 26";

**Installment 5.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before March 1, 2023, with memo noting "Lin's Garden Pay 5 of 26";

**Installment 6.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before April 1, 2023, with memo noting "Lin's Garden Pay 6 of 26";

**Installment 7.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before May 1, 2023, with memo noting "Lin's Garden Pay 7 of 26";

**Installment 8.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before June 1, 2023, with memo noting "Lin's Garden Pay 8 of 26";

**Installment 9.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before July 1, 2023, with memo noting "Lin's Garden Pay 9 of 26";

**Installment 10.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before August 1, 2023, with memo noting "Lin's Garden Pay 10 of 26";

**Installment 11.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before September 1, 2023, with memo noting "Lin's Garden Pay 11 of 26";

**Installment 12.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before October 1, 2023, with memo noting "Lin's Garden Pay 12 of 26";

**Installment 13.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before November 1, 2023, with memo noting "Lin's Garden Pay 13 of 26";

**Installment 14.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before December 1, 2023, with memo noting "Lin's Garden Pay 14 of 26";

**Installment 15.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before January 1, 2024, with memo noting "Lin's Garden Pay 15 of 26";

**Installment 16.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before February 1, 2024, with memo noting "Lin's Garden Pay 16 of 26";

**Installment 17.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before March 1, 2024, with memo noting "Lin's Garden Pay 17 of 26";

**Installment 18.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before April 1, 2024, with memo noting "Lin's Garden Pay 18 of 26";

**Installment 19.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before May 1, 2024, with memo noting "Lin's Garden Pay 19 of 26";

**Installment 20.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before June 1, 2024, with memo noting "Lin's Garden Pay 20 of 26";

**Installment 21.**   Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before July 1, 2024, with memo noting "Lin's Garden Pay 21 of 26";

**Installment 22.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before August 1, 2024, with memo noting "Lin's Garden Pay 22 of 26";

**Installment 23.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before September 1, 2024, with memo noting "Lin's Garden Pay 23 of 26";

**Installment 24.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before October 1, 2024, with memo noting "Lin's Garden Pay 24 of 26"; and

**Installment 25.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before November 1, 2024, with memo noting "Lin's Garden Pay 25 of 26".

**Installment 26.** Three Thousand Dollars ($3,000.00) by certified check to Troy Law, PLLC as attorneys for deposit into Troy Law, PLLC's escrow account on or before December 1, 2024, with memo noting "Lin's Garden Pay 26 of 26".

If Defendants fail to pay any of the above installments by their due dates, post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961 from the date of entry of judgment. If Defendants fail to pay any of the above installments by their due dates, Plaintiff shall notify Defendants of their default and Defendants shall have seven (7) days from the date of notice to cure the default. If Defendants fail to cure the default within seven (7) days of notice, two times (2x) the total unpaid Judgment Amount, plus fifteen percent (15%) of two times (2x) the unpaid Judgment Amount pursuant to N.Y. Lab. L. § 198.4, shall immediately come due and Plaintiff shall have the right to

seek payment of two times (2x) the total unpaid Judgment Amount, plus fifteen percent (15%) of two times (2x) the unpaid Judgment Amount in any court of competent jurisdiction. Defendants shall be liable for all reasonable attorney fees, costs, or disbursements incurred by Plaintiff in such an enforcement action.

This judgment shall be in full satisfaction of all federal and state claims that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any of their past, present, and future officers, directors, members, managers, employees, stockholders, parent entities, subsidiary entities, affiliates, insurers, and to the predecessors, successors, heirs, executors, administrators, representatives and assigns of each of the foregoing, each in their capacity as such, in connection with the facts and circumstances that are the subject of this action and contained in Plaintiff's pleadings.

Acceptance of this offer of judgment will act to release and forever discharge Defendants of the above caption and all of their related and/or affiliated companies, and their employees, agents, shareholders, attorneys, officers, directors, predecessors, successors, assigned subsidiaries, and fiduciaries, or any other person or company or entity, from any and all known or unknown actions, causes of action, claims or liabilities of any kind which have been or could have been asserted against them arising out of or related to those matters that are the subject of the above-referenced lawsuit, the Fair Labor Standards Act and the New York Labor Law.

If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer in the event that Plaintiff does not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within three (3) days of the date this offer is made.

This offer is not to be construed in any way as an admission of liability by Defendants but, rather, is made solely for the purpose of compromising a disputed claim.

Dated: Flushing, New York
September 12, 2022

_____
Alice C. Zhang, Esq.
ZHANG & SUN, P.C.
136-20 38thAvenue, Suite 3C
Flushing, New York 11354
Tel:(718) 888-1553
Fax: (631) 862-5092
Email: czhang@zslawpc.com
*Attorneys for Defendants*

_____
Lin's Garden Restaurant Inc.
By: Huayong Lin

_____
New Dynasty Chinese Restaurant LLC
By: Xianghai Lin

_____
Xianghai Lin

_____
Huayong Lin

_____
Lianrong Huang