UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
YINGCAI HONG,                                              :
:
                     Plaintiff,           :
:        20-CV-2633 (VSB)
       -against-                              :
:        **ORDER**
LIN'S GARDEN RESTAURANT, INC., et    :
al.,                                                       :
:
                    Defendants.          :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Parties in this case have submitted a proposed judgment. (Doc. 77.) However, many of the dates in this proposed judgment deadlines in this proposed judgment have passed. Accordingly, by July 6, 2023, the parties shall submit a joint letter stating if I should enter the judgment as submitted or they wish to submit a new proposed judgment.

SO ORDERED.

Dated: June 29, 2023
       New York, New York

                                                 _____
                                                 Vernon S. Broderick
                                                 United States District Judge